UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ANTONIO TOLEDO MARTINEZ,

        Petitioner,                              Case No. 1:25-cv-1298

v.                                                 Honorable Paul L. Maloney

UNKNOWN PARTY et al.,

        Respondents.
_____/

## ORDER TO SHOW CAUSE

    This is a habeas corpus action brought by an individual detained by the United States Immigration and Customs Enforcement (ICE) at the North Lake Processing Center in Baldwin, Lake County, Michigan. Petitioner challenges the lawfulness of his current detention.

    Petitioner names as Respondents North Lake Processing Center Warden Unknown Party, Director of the Detroit Field Office of ICE Marty C. Raybon, United States Secretary of Homeland Security Kristi Noem, and Attorney General of the United States Pamela Bondi. Petitioner asks the Court for the following relief: to accept jurisdiction over this action; to order Respondents not to transfer Petitioner out of the Western District of Michigan during the pendency of these proceedings; to declare that Respondents' actions to detain Petitioner violate the Due Process Clause of the Fifth Amendment and the Immigration and Nationality Act; to issue a writ of habeas corpus pursuant to 28 U.S.C. § 2241 ordering Respondents to immediately release Petitioner; and to award attorneys' fees and costs for this action. (Petition, ECF No. 1, PageID.8.)

The Court has reviewed the application pursuant to 28 U.S.C. § 2243, and orders as follows:

1. The Clerk of Court shall serve copies of the petition and this order on each Respondent and the United States Attorney for the Western District of Michigan.

2. On or before the third business day after entry of this order, Respondents shall show cause in writing why the writ of habeas corpus and other relief requested in the petition should not be granted.

3. Petitioner shall file a written reply on or before the third business day after Respondents file their response to the order to show cause.

4. In Respondents' response and Petitioner's reply, the parties shall address the Court's jurisdiction and authority to grant the requested relief, exhaustion of available remedies, and any issues of fact that must be resolved.

5. The Court will schedule a hearing, if necessary, after the parties have filed their submissions.

**IT IS SO ORDERED**.

Dated:   October 28, 2025                              /s/ Paul L. Maloney
                                                           Paul L. Maloney
                                                           United States District Judge